# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **STATE OF ILLINOIS** *ex rel.* **ZEB MILLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.   ) | Case No. 22cv501 |
| ) | |
| **AMERICAN NATIONAL INSURANCE** ) | |
| **COMPANY; STANDARD LIFE &** ) | |
| **ACCIDENT INSURANCE CO.; AMERICAN** ) | |
| **NATIONAL LIFE INSURANCE COMPANY** | |
| **OF TEXAS; and GARDEN STATE LIFE** ) | |
| **INSURANCE CO.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF REMOVAL

Defendants, American National Life Insurance Company, Standard Life & Accident Insurance Company, American National Life Insurance Company of Texas, and Garden State Life Insurance Co. ("Defendants"), by their attorneys, Elizabeth G. Doolin and Julie F. Wall of Chittenden, Murday & Novotny LLC, in accordance with 28 U.S.C. §1446, submit this Notice of Removal of this action from the Circuit Court of Madison County, Illinois, to the United States District Court for the Southern District of Illinois, pursuant to 28 U.S.C. § 1441(b). In support of their Notice of Removal, Defendants state as follows:

1.  Plaintiff Zeb Miller ("Plaintiff") filed his complaint on November 2, 2020 (the "Complaint"), under seal and *in camera* in the Circuit Court of Madison County, Illinois, as Civil Action No. 2020L001546, pursuant to 740 Ill. Comp. Stat. §175/4(b)(2).

2.  Plaintiff purports to assert a claim under the Illinois False Claims Act, 740 Ill. Comp. Stat. Ann. 175/4, alleging that Defendants failed to pay certain state premium taxes based on stop loss coverage provided to self-funded employee welfare benefit plans sponsored by

employers in Illinois and subject to federal regulation under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq*. ("ERISA").

3. The Complaint was unsealed, and Summons and Complaint were first served on Defendants, on February 8, 2022.

4. This Notice of Removal is being filed within thirty (30) days after the date Defendants were first served with the Summons and Complaint setting forth Plaintiff's claim for relief.

5. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331 and Defendants are entitled to remove to this Court pursuant to 28 U.S.C. §1441(b) in that Plaintiff's claims against Defendants are completely preempted by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq*. ("ERISA"). In his Complaint, Plaintiff seeks damages on behalf of the State of Illinois based on allegations that Defendants have failed to pay certain state premium taxes allegedly due in connection with stop loss coverage issued for ERISA-governed self-funded employee welfare benefit plans sponsored by employers in Illinois. The welfare benefit plans in connection with which Plaintiff seeks to enforce the application of state premium tax liability constitute "employee benefit plan(s)" within the meaning of ERISA. 29 U.S.C. § 1002(1). Plaintiff's claim is completely preempted by ERISA.

6. In accordance with 28 U.S.C. §1446(a), Defendants state that the following documents constitute all the process, pleadings, and orders that they received:

    a. Summons; and
    b. Complaint.

True and correct copies of the aforementioned documents are attached hereto and made a part hereof as Exhibits A and B, respectfully.

7. A true and correct copy of this Notice of Removal shall be filed with the Clerk of the Circuit Court of Madison County, Illinois, in accordance with 28 U.S.C. §1446(d).

Dated: **March 10, 2022**.

                                    Respectfully submitted,

                                    American National Life Insurance Company,
Standard Life & Accident Insurance Company,
American National Life Insurance Company of
Texas, and Garden State Life Insurance Co.

                                    By:   /s/ Elizabeth G. Doolin
                                           One of their Attorneys

Elizabeth G. Doolin
Julie F. Wall
Chittenden, Murday & Novotny LLC
303 W. Madison Street, Suite 2400
Chicago, IL 60606
(312) 281-3600
edoolin@cmn-law.com
jwall@cmn-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on **March 10, 2022**, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system. I hereby certify that true and correct copy of the above and foregoing Notice of Removal was served upon the following by enclosing a true and correct copy thereof in a duly addressed, postage prepaid envelope and deposition same in the U.S. Mail chute at 303 West Madison Street, Chicago, Illinois 60606, before the hour of 5:00 p.m. on this **10th** day of **March, 2022**.

Richard M. Elias
Elias LLC
231 S. Bemiston Ave.
Suite 800
St. Louis, MO 63105
relias@eliasllc.com

/s/ Elizabeth G. Doolin